UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WESLEY UHRHAN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 4:17-CV-02720-JAR |
| | ) |
| B&B CARGO, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on Defendant Total Quality Logistics' Motion to Quash and for Entry of Protective Order. (Doc. No. 194). Plaintiffs Wesley and Sharon Uhrhan served a notice of deposition seeking the deposition of Defendant's Chief Legal Officer, Christopher Brown. Defendant asks the Court to bar the deposition. The Court will give Plaintiffs Wesley and Sharon Uhrhan until Monday, March 29, 2021 to respond.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs Wesley and Sharon Uhrhan shall have until **Monday, March 29, 2021** to respond to Defendant's Motion to Quash and for Entry of Protective Order.

Dated this 25th day of March, 2021.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE